# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**JAVIER ANTONIO TORRES PEREZ**<br><br>Debtor | **CASE NO. 10- 12005  SEK**<br><br>**CHAPTER  7** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS

**NOW COMES** the law firm of Law Offices Herrero III & Rodríguez Ortiz, P.S.C., by the undersigned attorney and hereby enters its appearance in this case on behalf of R-G PREMIER BANK OF PUERTO RICO now part of SCOTIABANK DE PUERTO RICO and requests that all pleadings, orders, notices and other documents filed and entered in this case or any related proceedings be served on undersigned attorneys.

**SERVED** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to **TRUSTEE** Wigberto Lugo Mender and **Attorney for Debtor,** José L. Jiménez Quiñones and by US Postal Service to **Debtor**, Javier Antonio Torres Pérez, PO Box 29029, PMB 507, San Juan , PR 00929.

In San Juan, Puerto Rico, this 5th of January, 2011.

**LAW OFFICES HERRERO III & RODRIGUEZ ORTIZ, P.S.C,**
P.O. Box  362159
San Juan, Puerto Rico 00936-2159
Tel. 754-5000, Fax. 754-5001

/s/ ISMAEL H. HERRERO, III
USDC-PR #203002
E-mail:herreroiIII@herrerolaw.com