UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In re:

JAVIER ANTONIO TORRES PEREZ

Debtor

Case No. 10-12005-SEK

Chapter 7

NOTICE OF APPEARANCE UNDER RULE 9010(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND REQUEST FOR NOTICE TO CREDITORS UNDER RULE 2002

SERGIO A. RAMÍREZ DE ARELLANO LAW OFFICES hereby enters its appearance as counsel on behalf of DORAL BANK (hereinafter "Doral"), a party in interest, and requests copies of all filings and notices henceforth.

s/SERGIO A. RAMÍREZ DE ARELLANO
SERGIO A. RAMÍREZ DE ARELLANO
Attorney for Doral
Banco Popular Center, Suite 1133
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tel. (787) 765-2988; (787) 764-6392
Fax No. (787) 765-2973
USDC No. 126804
sramirez@sarlaw.com

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties which have made an electronic appearance in this case.

San Juan, Puerto Rico, this 11th day of February, 2011.

s/SERGIO A. RAMÍREZ DE ARELLANO
SERGIO A. RAMÍREZ DE ARELLANO
USDC No. 126804